IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ROGER RAMIREZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-18-1085-SLP |
| | ) | |
| OKLAHOMA DEPARTMENT OF CORRECTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell entered March 11, 2019 [Doc. No. 17]. On April 10, 2019, the Court *sua sponte* granted Plaintiff an extension of time until May 1, 2019 within which to object to the Report and Recommendation. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety.

IT IS THEREFORE ORDERED that the claims against the Oklahoma Department of Corrections and Lawton Correctional Facility are dismissed without prejudice.

IT IS SO ORDERED this 2nd day of May, 2019.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE