IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROGER RAMIREZ,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.   )<br>  )<br>MARK KNUTSON, Designee of  )<br>ODOC, et al.,  )<br>  )<br>  Defendants.  ) | Case No. CIV-18-1085-SLP |

### **O R D E R**

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell entered August 19, 2020 [Doc. No. 48]. On September 3, 2020, Plaintiff was granted an extension of time until October 7, 2020 within which to object to the Report and Recommendation. *See* Order at [Doc. No. 50]. As of this date, Plaintiff has not objected to the Report and Recommendation, nor has he requested a further extension of time. Therefore, the Report and Recommendation is ADOPTED in its entirety.

IT IS THEREFORE ORDERED that the Report and Recommendation is ADOPTED in its entirety. The Motion to Dismiss of Defendants Harding and Smith [Doc. No. 44] is GRANTED and Plaintiff's claims against them are dismissed without prejudice. The remaining claim against Defendant Knutson, in his official capacity, is dismissed on screening pursuant to 28 U.S.C. § 1915A(a).

IT IS FURTHER ORDERED, based on this Order and the prior Orders of the Court, no claims remain against any Defendants. Accordingly, a Judgment of Dismissal will be entered contemporaneously with this Order.

IT IS SO ORDERED this 20th day of November, 2020.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE